# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620
_____

November 29, 2021

**BY ECF**

Hon. Robert M. Levy
Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

    <u>Pavon Hernandez et al v. Gemini Diner Inc., et al</u>
    20-cv-4741

Dear Judge Levy:

  This office represents Plaintiff in the above-referenced action. I write with the consent of Defendants to request an adjournment of the initial conference scheduled for December 6, 2021. The reason for the request is that the undersigned counsel just received news that a family member has been admitted to hospice care and will be traveling out of state to care for her in her final days. This is the first request of this kind.

  Thank you for your understanding and courtesy in this matter.

        Respectfully submitted,

        <u>/s/ *Clela Errington*</u>
        Clela Errington, Esq.
        CSM Legal, P.C.
        *Attorneys for Plaintiff*